COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

LUIS PEDREGON,                           §               No. 08-18-00119-CR

                 Appellant,              §               Appeal from the

v.                                       §               205th District Court

THE STATE OF TEXAS,                      §               of El Paso County, Texas

                 State.                  §               (TC# 20170D01684)

                                         §

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **May 3, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before May 3, 2019.

IT IS SO ORDERED this 20th day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.